# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL S. FRENCH,

    Petitioner,

vs.

ROBERT LEGRAND, *et al.*,

    Respondents.

Case No. 3:15-cv-00060-HDM-WGC

**ORDER**

    This habeas matter is before the court on respondents' motion for clarification of order (ECF No. 10). This court granted petitioner French's motion and consolidated this petition with the petition that he filed in Case No. 3:15-cv-00059-HDM-VPC and administratively closed that case (ECF No. 5). In this case, French lists C210436 as the judgment of conviction that he challenges (ECF No. 7, p. 2). In Case No. 3:15-cv-00059-HDM-VPC, French lists C210579 as the judgment of conviction that he challenges. He states in both petitions that, pursuant to his guilty plea agreement, he is serving concurrent sentences for the two state cases. Petitioner's main claim is that his sentence structure differs from what was set forth in the guilty plea agreement.

    Having reviewed respondents' motion for clarification of order, the motion is granted. The Clerk shall file the petition from Case No. 3:15-cv-00059-HDM-VPC in this action as a **supplement**

to the petition already on file.  Respondents may respond to the petition and supplement as setting forth one or more grounds for relief, as respondents determine best serves the court in the adjudication of this matter.

**IT IS THEREFORE ORDERED** that respondents' motion for clarification of order (ECF No. 10) is **GRANTED** as set forth in this order.

**IT IS FURTHER ORDERED** that the Clerk shall detach the petition in Case No. 3:15-cv-00059-HDM-VPC at ECF No. 1-1 and **FILE** it in this case as a **supplement** to the petition.

**IT IS FURTHER ORDERED** that respondents shall file their response to the petition and supplement within **sixty (60) days** of the date of this order.  Respondents and petitioner shall refer to this court's order dated June 1, 2015 (ECF No. 5) for specifics and for all other deadlines in this case.

Dated this 22nd day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE

-2-